IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DANIEL HOLT** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) Case No.: 5:21-cv-04039-JWB-GEB |
| v. | ) |
| | ) |
| **FOOT LOCKER RETAIL, INC.,** | ) |
| | ) |
|    **Defendant.** | ) |

## FIRST AMENDED COMPLAINT

Plaintiff Daniel Holt, for his causes of action against defendant Foot Locker Retail, Inc., states and alleges as follows:

1. Plaintiff is an adult male individual and a resident of the state of Kansas.

2. Defendant Foot Locker Retail, Inc. is a foreign corporation registered to do business in the state of Kansas. Defendant operates a distribution center in Geary County, Kansas, under the name Foot Locker and may be served by serving its registered agent as listed above.

3. This case arises under Kansas state law. Defendant unlawfully retaliated against plaintiff in response to his complaints and reports about unlawful activity.

4. The unlawful acts described herein occurred in Geary County, Kansas, making venue and jurisdiction appropriate in this court.

5. Plaintiff was most recently employed by defendant from December 2013 until his employment was terminated on May 25, 2020.

6. During his employment, plaintiff satisfactorily met the legitimate job expectations of his employer.

7. From December 2014 through the remainder of his employment plaintiff served as the Director of Operations.

## COUNT I – RETALIATION FOR WHISTLEBLOWING
## KANSAS COMMON LAW

8. Plaintiff incorporates by reference all preceding paragraphs of this Petition.

9. Beginning in September of 2018, and continuing through plaintiff's employment, plaintiff reported violations of rules, regulations, and laws pertaining to the public health, safety and general welfare to his supervisors and to Foot Locker management.

10. Plaintiff and his team were routinely asked to enter transactions in a way that failed to accurately account for inventory and misrepresented defendants assets and liabilities.

11. Plaintiff initially reported these violations to the Director of Internal Controls in September 2018.

12. These unusual requests concerning inventory occurred again on December 20, 2019. Plaintiff told his supervisor, the Senior Vice President of

Supply Chain and the Human Resources Director that showing property received before it is in the building "would be falsifying our inventory/company records."

13. These unlawful procedure violations continued in December 2019 and January 2020.

14. On March 19, 2020, Plaintiff again told his supervisor, the Senior Vice President of Supply Chain, about his ongoing concerns with inventory transactions.

15. On April 13, 2020, Plaintiff again reported improper inventory transactions to his supervisor.

16. On May 25, 2020, defendant terminated plaintiff's employment.

17. The reasons given by defendant for plaintiff's termination were pretextual and not the true reasons for his termination.

18. Plaintiff engaged in protected activity by reporting in good faith violations of rules, regulations, and laws pertaining to the public health, safety and general welfare, including violations of KSA 17-12a505 prohibiting misleading financial statements, KSA 17-12a501 prohibiting fraud in the sale of securities, and Kansas and Federal laws prohibiting tax fraud.

19. Plaintiff was terminated for refusing to engage in unlawful activity and for reporting violations of the laws pertaining to obligations of corporations to accurately and truthfully report their inventory, and other assets.

20. As a direct and proximate result of defendant's unlawful employment practices described herein, plaintiff sustained damages in the form of lost salary, emotional pain, suffering, inconvenience, loss of enjoyment of life and mental anguish.

21. Defendant acted with willful or wanton conduct and with fraud or malice. Defendant further acted with reckless disregard to the rights of plaintiff and the consequences of its actions.

WHEREFORE, plaintiff prays for judgment against defendant for actual damages, for punitive damages, for costs incurred herein, and for such other relief as the court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable.

**THORNBERRY BROWN, LLC**

By: /s/Stephen C. Thornberry
Randall W. Brown          KS #17905
*Randy@ThornberryBrown.com*
Stephen C. Thornberry     KS #17494
*Steve@ThornberryBrown.com*
4550 Main Street, Suite 205
Kansas City, Missouri 64111
(816) 531-8383 *telephone*
(816) 531-8385 *facsimile*
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

A copy of this document was served electronically via the Court's Electronic Filing Service on counsel for Defendant.

/s/Stephen C. Thornberry
Stephen C. Thornberry